**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| Lisa Edison<br>Plaintiff<br><br>v.<br><br>Amazon.com, Inc.,<br>Amazon.com Services LLC,<br>Amazon.com Sales, Inc.,<br>Amazon Logistics, Inc.,<br>Amazon Payments, Inc. and<br>Amazon.com LLC<br>Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | <br><br><br>Civil Action No.<br><br>Jury Trial Demanded |

**COMPLAINT**
**JURISDICTION AND VENUE**

1. This action seeks damages for breach of express and/or implied warranties resulting from an incident on November 23, 2022, in which Plaintiff Lisa Edison sustained serious personal injuries while using a Barnett Recruit crossbow purchased through Amazon.

2. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332 because Plaintiff is a citizen of North Carolina, Defendants are citizens of states other than North Carolina, and the amount in controversy exceeds $75,000.00, exclusive of interest and costs. Upon information and belief, no member of any Defendant is a citizen of North Carolina.

3. At all times material hereto, Defendants, individually and/or through their respective agents and affiliates, conducted substantial business in New Jersey, including the operation of fulfillment centers, warehouses, distribution facilities, and delivery services throughout the State of New Jersey, and maintained contacts with New Jersey sufficient to establish personal jurisdiction over them.

4. Venue is proper in this district pursuant to 28 U.S.C. § 1391(b)(1) and (c)(2) because Defendants conduct substantial business in this district and are subject to personal jurisdiction herein.

## PARTIES

5. Plaintiff, Lisa Edison, is an adult individual who currently resides at 811 Linhigh Drive, Newland, North Carolina 28657. At the time of the November 23, 2022 incident, Plaintiff resided at 846 Big Brush Creek Road, Green Mountain, North Carolina 28740.

6. At all times material hereto, Defendants Amazon.com, Inc., Amazon.com Services LLC, Amazon.com Sales, Inc., Amazon Logistics, Inc., Amazon Payments, Inc. and Amazon.com LLC are Delaware corporations with their principal place of business located at 410 Terry Avenue North, Seattle, Washington 98109.

## FACTS

7. Prior to the incident described herein, Barnett Outdoors LLC d/b/a Barnett Crossbows designed, manufactured, marketed and/or distributed a Barnett Recruit crossbow, serial number 10151659 (hereinafter "subject crossbow").

8. On or about August 30, 2015, Plaintiff, then known as Lisa Carroll, placed Amazon Order No. 113-7318304-3686638 for a Barnett 78610 Recruit Compound Crossbow Package, Black, through Amazon's online platform.

9. The identity of the direct seller of the subject crossbow is presently unknown. Plaintiff alleges, upon information and belief and in the alternative, that one or more of the Defendant were the direct seller of the subject crossbow.

10. Plaintiff purchased the subject crossbow for ordinary use and received and used it in North Carolina.

11. Upon information and belief, the subject crossbow was manufactured by Barnett Outdoors LLC in the State of Florida and thereafter placed into the stream of commerce.

12. Upon information and belief, and pleaded in the alternative, one or more of the Defendants purchased the subject crossbow from Barnett, maintained it at an Amazon warehouse or distribution facility in Florida, and thereafter sold and shipped it to Plaintiff.

13. Alternatively, upon information and belief, one or more of the Defendants accepted Plaintiff's order and arranged for Barnett to ship the subject crossbow directly from Florida to Plaintiff.

14. The precise manner in which the sale was completed, including the identity of the direct seller, the location of the subject crossbow before shipment, and the location where the sales contract was accepted, is presently unknown. These alternative allegations are pleaded pursuant to Fed. R. Civ. P. 8(d)(2)–(3).

15. On November 23, 2022, at approximately 8:00 a.m., Plaintiff was using the subject crossbow at 846 Big Brush Creek Road, Green Mountain, North Carolina, when, after she pulled the trigger, the bowstring struck and severed her left thumb.

16. At the time of the incident, the subject crossbow lacked a functional underside finger guard sufficient to prevent a user's thumb or fingers from entering the path of the bowstring during foreseeable use.

17. The unsafe condition existed when the crossbow was placed into commerce and the crossbow had not been substantially altered in any respect relevant to the incident.

18. As a result, Plaintiff sustained serious and permanent injuries, including traumatic amputation of her left thumb, medical expenses, pain, disfigurement, physical limitations and loss of enjoyment of life.

## COUNT I – BREACH OF EXPRESS AND/OR IMPLIED WARRANTY

Plaintiff v. Defendants

19. Plaintiff incorporates by reference preceding paragraphs as though set forth at length.

20. Plaintiff pleads in the alternative pursuant to Fed. R. Civ. P. 8(d)(2)–(3) that one or more of the Defendants was the direct seller of the subject crossbow in the online transaction described above.

21. To the extent any Defendant was the direct seller out of the State of Florida, said Defendant was engaged in the business of selling consumer goods, including the subject crossbow, and the sale carried an implied warranty that the crossbow was merchantable and fit for its ordinary purpose, as well as any applicable express warranties forming part of the basis of the bargain.

22. The subject crossbow was not reasonably fit for its ordinary purpose because its inadequate underside finger protection exposed users to severe bowstring injury during foreseeable discharge.

23. Upon information and belief, one or more of the Defendants offered the subject crossbow for sale as a consumer product suitable for its ordinary intended use. To the extent any Defendant made affirmations of fact, promises or descriptions that formed part of the basis of the bargain, Plaintiff alleges that the product failed to conform to those express warranties.

24. The aforesaid defective condition and resulting failure of the subject crossbow to conform to the applicable warranty or warranties directly and proximately caused Plaintiff's injuries and damages.

25. Plaintiff asserts the warranties and available remedies fall under Florda Law which would govern the online sale, and location and circumstances of any contractual obligations.

26. Plaintiff demands a trial by jury.

WHEREFORE, Plaintiff demands judgment against Defendants for compensatory damages in excess of Seventy-Five Thousand Dollars ($75,000.00), costs and such other relief as the Court may permit.

MONACO LAW PC

Date: ___________________

By:_______________________________

Joseph Monaco, Esq.
Counsel for Plaintiff
NJ Attorney I.D. No. 045251989
1 Eves Drive, Suite 111
Marlton, NJ 08053
888-992-3166
jmonaco@monacolawpc.com